1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )
                                 )
12          Plaintiff,            )   NO. 2:12-MJ-258 CKD
                                 )
13     v.                         )   APPLICATION FOR UNSEALING
                                 )   COMPLAINT
14 REYNALDO GONZALES-BAUTISTA,   )
                                 )
15          Defendant.            )
   _____)
16

17      On October 3, 2012, the complaint was filed in the above-
18 referenced case.  Since the defendant has now been arrested, it is
19 no longer necessary for the complaint to be sealed.  The government
20 respectfully requests that the complaint and this case be unsealed.
21 DATED: October 5, 2012              Respectfully submitted,
22                                     BENJAMIN B. WAGNER
                                       United States Attorney
23
24                                  By:/s/ Nirav K. Desai
                                       NIRAV K. DESAI
25                                     Assistant U.S. Attorney
26
27
28

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  NIRAV K. DESAI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )  NO. 2:12-MJ-258 CKD
                                 )
13      v.                       )  ORDER
                                 )  FOR UNSEALING COMPLAINT
14  REYNALDO GONZALES-BAUTISTA,  )
                                 )
15          Defendant.           )
    _____)
16
17       The government's request to unseal the Complaint and this case
18  is GRANTED.
19  SO ORDERED:
20  DATED: October 5, 2012          /s/ Carolyn K. Delaney
                                    HON. CAROLYN K. DELANEY
21                                  U.S. Magistrate Judge
22
23
24
25
26
27
28
```